# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2026-0397
LT Case No. 16-2006-CF-005153-A

_____

MAJOR BROWN,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.800 Appeal from the Circuit Court for Duval County.
Tatiana R. Salvador, Judge.

Major Brown, Malone, pro se.

No Appearance for Appellee.

May 21, 2026

PER CURIAM.

    AFFIRMED.

EDWARDS, EISNAUGLE, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____